UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY SHAW,
    Plaintiff,
v.                                                                          Case No. 1:14-cv-14004
                                                                                    Hon. Thomas L Ludington
EQUIFAX INFORMATION SERVICES, LLC,      Mag Hon. Patricia T. Morris
a Georgia corporation, and
CONSUMERS CREDIT UNION,
a Michigan corporation,
    Defendants.
_____/

**STIPULATION TO DISMISS**
**CASE WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.**

The parties stipulate to the dismissal of this case with prejudice and without costs to either party as to Defendant Equifax Information Services, LLC.

| | |
|---|---|
| /s/ Gary Nitzkin | /s/ Jordan Bolton |
| Gary D. Nitzkin (P41155) | Jordan Bolton |
| Attorney for Plaintiff | Attorney for Defendant |
| Nitzkin & Associates | Clark Hill PLC |
| 22142 West Nine Mile Road | 500 Woodward Avenue Suite 3500 |
| Southfield, Michigan  48034 | Detroit, MI 48226 |
| (248) 353-2882 | (313) 965-8300 |
| gnitzkin@creditor-law.com | jbolton@clarkhill.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

EMILY SHAW,

          Plaintiff,          Case No. 14-cv-14004

v          Honorable Thomas L. Ludington

EQUIFAX INFORMATION SERVICES, LLC
a Georgia corporation, and
CONSUMERS CREDIT UNION,
a Michigan corporation,

          Defendants.

_____/

## ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY

    Pursuant to the parties' stipulation,

    It is **ORDERED** that the action is **DISMISSED WITH PREJUDICE** and without cost to either party as to Defendant Equifax Information Services, LLC only.

          s/Thomas L. Ludington
          THOMAS L. LUDINGTON
          United States District Judge

Dated: January 12, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 12, 2015.

          s/Tracy A. Jacobs
          TRACY A. JACOBS