UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY SHAW,
    Plaintiff,

v.      Case No. 1:14-cv-14004
    Hon. Thomas L Ludington
EQUIFAX INFORMATION SERVICES, LLC,   Mag. Hon. Patricia T. Morris
a Georgia corporation, and
CONSUMERS CREDIT UNION,
a Michigan corporation,
    Defendants.
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT CONSUMER CREDIT UNION

    Plaintiff and Defendant, Consumers Credit Union, have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Defendant, Consumer's Credit Union, with prejudice, no later than February 14, 2015.

                    Respectfully submitted

January 14, 2015         /s/ Gary Nitzkin_____
                    GARY D. NITZKIN (P41155)
                    Attorney for Plaintiff
                    22142 West Nine Mile Road
                    Southfield, MI 48033
                    (248) 353-2882
                    GNitzkin@creditor-law.com

## **PROOF OF SERVICE**

    I, Gary D. Nitzkin hereby state that on January 14, 2015, I served a copy of the within pleading upon all counsel of record via the ECF System.

                                    /s/ Gary D. Nitzkin
                                    Gary D. Nitzkin